Action by Youssoule Haim Capsuto against John T. Fisher and others. E. M. Grout, of New York City, for appellants. M. Feltenstein, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

CARNEGIE TRUST CO. v. CHAPMAN. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Carnegie Trust Company against Charles W. Chapman. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 715.

CARNEGIE TRUST CO., Appellant, v. WEIL, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by the Carnegie Trust Company against Aron Weil. H. B. Twombly, of New York City, for appellant. F. M. Patterson, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

CASEY v. WHEATON et al. (Supreme Court, Appellate Division, Third Department. January 16, 1913.) Action by Michael Casey against Armond E. Wheaton and another.

PER CURIAM. Motion granted, with costs of appeal and $10 costs of this motion, unless within 15 days the appellant shall serve upon the respondent's attorney three printed copies of the case on appeal, which he may do without costs, and, in case he shall so serve, the motion is denied, without costs.

CAVANAGH v. CREST REALTY CO. (Supreme Court, Appellate Term, First Department. January 15, 1913.) Appeal from City Court of New York, Trial Term. Action by Raymond Cavanagh, an infant, by Mary Cavanagh, his guardian ad litem, against the Crest Realty Company. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Reversed, and new trial ordered. Simpson & Cardozo (Benjamin N. Cardozo, of New York City, of counsel), for appellant. Edward A. Scott (S. J. Bischoff, of New York City, of counsel), for respondent.

PER CURIAM. Upon the record we fail to find any evidence which shows that the defendant is responsible, either on the theory of respondeat superior or on the theory of nuisance, for the acts of the persons creating a dangerous condition on the sidewalk in front of the lot adjoining the premises controlled by the defendant. The judgment is therefore reversed, and a new trial ordered, with costs to appellant to abide the event.

LEHMAN and PAGE, JJ., concur.

In re CERTAIN LAND IN BOROUGH OF BROOKLYN, CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) In the matter of acquiring title by the City of New York to certain land and premises, situated in the block bounded by Chauncey street, Marion street, Hopkinson avenue, and Rockaway avenue, in the Borough of Brooklyn, etc. No opinion. Motion denied, with $10 costs. See, also, 151 App. Div. 891, 135 N. Y. Supp. 1104.

In re CITY OF NEW YORK. In re HEALY. (Supreme Court, Appellate Division, First Department. January 17, 1913.) In the matter of the application of the City of New York to acquire title, etc. In the matter of Florence Healy. No opinion. Order affirmed, without costs. Order filed.

In re CITY OF NEW YORK. In re TOWN OF CARMEL et al. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) In the matter of the applications of the City of New York to acquire real estate in the towns of Carmel and Southeast, etc. Croton Falls Dam and Reservoir, Reservoir K. No opinion. Reargument ordered, and case set down for Monday, March 10, 1913.

CITY OF NEW YORK, Appellant, v. WHITE STAR TOWING CO., Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by the City of New York against the White Star Towing Company. L. Leale, of New York City, for appellant. J. M. Zurn, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) In the matter of the application of the City of Rochester to acquire certain lands in said city for the opening and widening of Frank street. The Otis Elevator Company appeals.

PER CURIAM. Confirmation of report of commissioners modified, so as to provide that the appellant shall be entitled to taxable costs as in an action, and, as so modified, affirmed, with the costs of this appeal to appellant.

In re CITY OF ROCHESTER. In re KOMENSKI. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) In the matter of the application of the City of Rochester to acquire certain lands for the opening of Hamburg street, situate in said city. In the matter of award to Ellis Komenski. No opinions. Appeal dismissed, without costs, upon stipulation filed.

CLAMAN, Respondent, v. CLAMAN, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Max Claman against Morris Claman. H. S. Mansfield, of New York City, for appellant. C. B. Ruskay, of New York City, for respond-